IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIMON CAMPBELL, and<br>PENNSYLVANIANS FOR UNION<br>REFORM,<br>          Plaintiffs,<br><br>          v.<br><br>PENNSYLVANIA SCHOOL BOARDS<br>ASSOCIATION,<br>MICHAEL FACCINETTO,<br>DAVID HUTCHINSON,<br>OTTO W. VOIT, III,<br>KATHY SWOPE,<br>LAWRENCE FEINBERG,<br>ERIC WOLFGANG,<br>DANIEL O'KEEFE,<br>DARRYL SCHAFER,<br>THOMAS KEREK, and<br>LYNN FOLTZ, in their individual<br>capacities,<br>          Defendants. | CIVIL ACTION<br><br><br><br><br><br>NO.  18-892 |

**O R D E R**

**AND NOW**, this 12th day of June, 2018, upon consideration of defendants' letter/request dated June 8, 2018, for (1) an extension of time to June 29, 2018, by which to file a motion for summary judgment, (2) an extension of time to July 13, 2018, by which plaintiffs may file a response to defendants' motion for summary judgment, and (3) an extension of time to July 27, 2018, by which defendants may file a reply to plaintiffs' response to defendants' motion for summary judgment, and plaintiffs' letter/request dated June 11, 2018, opposing defendants' requests for extensions of time and requesting a telephone conference with the Court to address

those issues and unspecified privilege issues,[1] and good cause appearing, **IT IS ORDERED** the requests are **GRANTED IN PART AND DENIED IN PART**, as follows:

1. The date by which defendants shall file a motion for summary judgment is **EXTENDED** from June 15, 2018, to June 29, 2018.

2. The date by which plaintiffs shall file a response to defendants' motion for summary judgment is **EXTENDED** from June 29, 2018, to July 13, 2018.

3. The date by which defendants shall file a reply to plaintiffs' response to defendants' motion for summary judgment is **EXTENDED** from July 13, 2018 to July 20, 2018.

4. A telephone conference for the purpose of addressing any privilege issues that have not been resolved and any other issues ripe for discussion will be conducted in due course.

**IT IS FURTHER ORDERED** that, excepting only the above, the Scheduling Order dated April 13, 2018, scheduling, *inter alia,* the hearing for injunctive relief beginning on July 23, 2018, remains in effect.

                                                **BY THE COURT:**

                                                **/s/ Hon. Jan E. DuBois**

                                                   **DuBOIS, JAN E., J.**

---

[1] Copies of the letters/requests dated June 8, 2018, and June 11, 2018, shall be docketed by the Deputy Clerk.