# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIMON CAMPBELL, and PENNSYLVANIANS FOR UNION REFORM,<br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>PENNSYLVANIA SCHOOL BOARDS ASSOCIATION,<br>MICHAEL FACCINETTO,<br>DAVID HUTCHINSON,<br>OTTO W. VOIT, III,<br>KATHY SWOPE,<br>LAWRENCE FEINBERG,<br>ERIC WOLFGANG,<br>DANIEL O'KEEFE,<br>DARRYL SCHAFER,<br>THOMAS KEREK, and<br>LYNN FOLTZ, in their individual capacities,<br>　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO. 18-892 |

## **O R D E R**

**AND NOW**, this 19th day of June, 2018, upon consideration of defendants' Motion[s] to Dismiss Complaint and/or Strike Impertinent and Scandalous Language (Document No. 16, filed April 27, 2018), plaintiffs' Opposition to Defendants' Motion[s] to Dismiss and Strike References to PSBA's SLAPP Suit (Document No. 19, filed May 10, 2018), and defendants' Reply Brief in Support of Defendants' Motion to Dismiss Complaint (Document No. 24, filed May 29, 2018), for the reasons stated in the accompanying Memorandum dated June 19, 2018, **IT IS ORDERED** that defendants' Motion[s] to Dismiss Complaint and/or Strike Impertinent and Scandalous Language are **DENIED.**

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**/s/ Hon. Jan E. DuBois**
　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　　**DuBOIS, JAN E., J.**