# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIMON CAMPBELL, and <br> PENNSYLVANIANS FOR UNION <br> REFORM, <br>          Plaintiffs, <br><br> v. <br><br> PENNSYLVANIA SCHOOL BOARDS <br> ASSOCIATION, <br> MICHAEL FACCINETTO, <br> DAVID HUTCHINSON, <br> OTTO W. VOIT, III, <br> KATHY SWOPE, <br> LAWRENCE FEINBERG, <br> ERIC WOLFGANG, <br> DANIEL O'KEEFE, <br> DARRYL SCHAFER, <br> THOMAS KEREK, and <br> LYNN FOLTZ, in their individual <br> capacities, <br>          Defendants. | CIVIL ACTION <br><br><br><br> NO. 18-892 |

## O R D E R

**AND NOW**, this 17th day of July, 2018, upon consideration of plaintiffs' letters/requests dated June 11, 2018 (Document No. 28), and June 18, 2018, relating to the production of certain documents pursuant to Federal Rule of Evidence 612, referenced in the deposition of defendant Michael Faccinetto on May 30, 2018, and defendants' letter/request dated June 25, 2018, opposing plaintiffs' request,[1] the Court having been provided with, and having read, the deposition transcript and the documents at issue, following a telephone conference with the

---

[1] Copies of the letters/requests dated June 18, 2018, and June 25, 2018, shall be docketed by the Deputy Clerk.

parties, through counsel, on June 26, 2018, for the reasons stated in the accompanying

Memorandum dated July 17, 2018, **IT IS ORDERED** that plaintiffs' requests are **DENIED.**

> **BY THE COURT:**
>
> **/s/ Hon. Jan E. DuBois**
> _____
>     **DuBOIS, JAN E., J.**