**From:** Jack Cohn <jcohn@grsm.com>
**Date:** May 31, 2018 at 7:10:39 PM EDT
**To:** "'dfs@kingspry.com'" <dfs@kingspry.com>
**Subject: FW: Campbell v. PSBA -- Privileged and Confidential Settlement Communication re: Future Defendant Bethlehem Area School District**

Dear Mr. Spry,

Mr. Faccinetto told me yesterday that you, not Mr. Freund, are the attorney at your firm who handles the solicitor relationship with Bethlehem Area School District, though I'm sure that Mr. Freund has forwarded my prior emails to him to your attention (and possibly to Mr. Levin's).  I seem to have hit it off on the wrong foot with Mr. Freund after he threatened me with Rule 11, and I responded by telling him to do his research (as I already have done) before making threats.

Anyway, I just wanted to let you know, so you could make Bethlehem Area's insurers aware, that Mr. Faccinetto, now co-represented by literally clueless staff counsel from his homeowners insurer (who had only entered her appearance late Wednesday afternoon) and hopelessly conflicted Levin Legal Group, essentially handed the case against BASD for that board's ratification of PSBA's violations of Mr. Campbell's constitutional rights to Mr. Campbell on a platter yesterday at his deposition.

Anyone interested in protecting BASD's legal and economic interests should contact Brigitte Strain at Veritext and order a copy of the transcript.  And if anyone wants to see Mr. Levin's (who in April 2017 wrote that his "opinion of [Mr. Campbell] could not be any lower") deep-seated animosity toward Mr. Campbell on full display, they should also order a copy of the transcript of today's patently-abusive deposition of Mr. Campbell.

If BASD's directors want to continue to ratify Mr. Faccinetto's behavior by permitting him to continue to serve on PSBA's Governing Board while PSBA continues its ongoing violations of Mr. Campbell's rights, its board of directors and its insurers should at least appreciate the deepening liability to which they expose BASD by their continued condonation of this state of affairs.  Between the fact that Mr. Faccinetto at all relevant times was both PSBA's and BASD board presidents, and his testimony yesterday that he told BASD school board members that there was no need for the BASD directors to pass a resolution denouncing or otherwise repudiating PSBA's SLAPP suit against my clients so long as they continued to support PSBA's lawsuit, BASD now holds a special place atop Mr. Campbell's list of ratifying school districts for inclusion as an additional defendant for the damages phase of this case.

As Mr. Faccinetto recognized yesterday, Mr. Campbell (and I) repeatedly gave the current defendants detailed notice of exactly what would happen if PSBA didn't dismiss its malicious SLAPP Suit, and then we did exactly as we said we would do when PSBA and its governing board instead doubled down by amending and expanding their SLAPP Suit complaint.  While I will not again repeat our warnings to BASD and its insurers, it is again our intention to do precisely as we have written we will do once the permanent injunction issues.  Now is the time for BASD to stop being part of the problem and start trying to become a part of the solution.  It is clear that Mr. Faccinetto, whatever the price to his home district, will not do so on his own, nor will the SLAPPer organization of which, with the sponsorship of BASD, he serves as president.

EXHIBIT D-60

I don't like suing school districts, but as I did after repeatedly warning PSBA and its Governing Board Directors, I will sleep very soundly at night if I have to do so after having repeatedly warned those Directors' home districts what was coming, even if Mr. Freund thinks me condescending for the manner in which I have done so.

 Sincerely,

Jack Cohn

**Effective June 11, 2018, our new address will be:**

**Three Logan Square**

**1717 Arch Street**

**Suite 610**

**Philadelphia, PA 19103**

---

**Jacob (Jack) C. Cohn   | Partner**
**GORDON & REES**
**SCULLY MANSUKHANI**

One Commerce Square
2005 Market Street, Suite 2900
Philadelphia, PA 19103
D: 215-717-4004

jcohn@grsm.com


**From:** Jack Cohn
**Sent:** Tuesday, May 29, 2018 2:54 PM
**To:** John Freund, III; Jack Cohn
**Subject:** Re: Campbell v. PSBA -- Notice of Claim for Monetary Damages against Northwest Lehigh School District

 I'm sorry that your personal animosity towards me might get in the way of a productive discussion regarding your clients. Perhaps it would be a better idea if one of your partners spoke personally with one of my partners so that personalities don't get in the way of best results for clients.


Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------

From: "John Freund, III" <jef@Kingspry.com>

Date: 5/29/18 1:44 PM (GMT-05:00)

To: Jack Cohn <jcohn@grsm.com>

Subject: RE: Campbell v. PSBA -- Notice of Claim for Monetary Damages against Northwest Lehigh School District

Frankly Mr. Cohn,

I don't like your condescending tone. I doubt that that there would be any benefit from a conversation between us.

# John E. Freund