```
                                                    Page 1

 1           IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2

 3                         - - -

 4   SIMON CAMPBELL, et al.,      :
                 Plaintiffs       :
                                  :  CIVIL ACTION
 5       vs.                      :  NO.
                                  :  18-CV-892-JD
 6   PENNSYLVANIA SCHOOL          :
     BOARDS ASSOCIATION,          :
 7   et al.,                      :
                 Defendants.      :
 8
                           - - -
 9
               Wednesday, May 30, 2018
10
                           - - -
11
12           Videotaped deposition, taken
13   pursuant to notice, of MICHAEL FACCINETTO,
14   taken at the offices of Veritext Legal
15   Solutions, Sandler Boardroom, 1801 Market
16   Street, Suite 1800, Philadelphia,
17   Pennsylvania 19103, beginning at 9:38 a.m.,
18   before Brigitte A. Strain, a Federally
19   Certified Registered Professional Reporter
20   and a Notary Public in and for the
21   Commonwealth of Pennsylvania.
22                         - - -
             VERITEXT LEGAL SOLUTIONS
23              MID-ATLANTIC REGION
         1801 Market Street - Suite 1800
24       Philadelphia, Pennsylvania 19103
```

EXHIBIT D-69

MICHAEL FACCINETTO

Page 154

1  Q.     Did this make you comfortable
2  that Bochetto & Lentz had thoroughly
3  researched the issue before writing this
4  letter?
5           MR. BROWN:  Objection.
6           THE WITNESS:  Honestly, that
7      didn't strike me at the time.
8  BY MR. COHN:
9      Q.    Do you know anything about
10 Bochetto & Lentz's reputation for legal
11 scholarship?
12          MR. BROWN:  Objection.
13          THE WITNESS:  I do not, no.
14 BY MR. COHN:
15     Q.    Do you know anything about
16 Bochetto & Lentz's reputation as bullies?
17          MR. BROWN:  Objection.
18          THE WITNESS:  I do not.
19 BY MR. COHN:
20     Q.    Anybody tell you what the
21 judge's reaction was when it was mentioned
22 that Bochetto & Lentz was counsel in the
23 underlying action?
24          MR. BROWN:  Objection.

MICHAEL FACCINETTO

Page 155

1      THE WITNESS:  I don't recall
2   if they did.
3 BY MR. COHN:
4      Q.     Do you remember anybody
5 telling you about the Christmas card that
6 the judge recalled receiving one year from
7 Bochetto & Lentz with an AK 47 on the front
8 cover of it?
9      MR. BROWN:  Objection to
10   relevance.
11      THE WITNESS:  Did not.
12 BY MR. COHN:
13      Q.     Was it the intention of PSBA
14 in retaining Bochetto & Lentz to hire an
15 aggressive law firm to really teach Simon
16 Campbell a lesson?
17      MR. BROWN:  Objection.
18 BY MR. COHN:
19      Q.     You can answer.
20      A.     It was relayed to us.  I think
21 we supported hiring an outside firm that
22 could handle this type of matter.  And
23 that's why we had hired that firm.
24      Q.     Do you know that they have a

MICHAEL FACCINETTO

Page 156

1  reputation as SLAPP suit lawyers?
2          MR. BROWN: Objection.
3          THE WITNESS: I do not.
4                  -  -  -
5          (Whereupon the document was
6     marked, for identification purposes,
7     as Exhibit Number P-258.)
8                  -  -  -
9  BY MR. COHN:
10         Q.    Exhibit P-258, October 25,
11 2017 e-mail to the Right-to-Know Law address
12 at the Bethlehem Area School District for
13 Mr. Campbell.  "Subject:  New objector
14 resolution passes in Clarion County."  Have
15 you seen this one before?
16         A.    I have.
17         Q.    It says, "Please forward this
18 e-mail to your School Board and your
19 solicitor.  Thank you".
20               Do you know whether or not
21 this e-mail was provided to the School
22 Board?
23         A.    I don't recall.  If that was
24 the direction we were obligated to, then I'm