# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIMON CAMPBELL, and<br>PENNSYLVANIANS FOR UNION<br>REFORM,<br>        Plaintiffs,<br><br>        v.<br><br>PENNSYLVANIA SCHOOL BOARDS<br>ASSOCIATION,<br>MICHAEL FACCINETTO,<br>DAVID HUTCHINSON,<br>OTTO W. VOIT, III,<br>KATHY SWOPE,<br>LAWRENCE FEINBERG,<br>ERIC WOLFGANG,<br>DANIEL O'KEEFE,<br>DARRYL SCHAFER,<br>THOMAS KEREK, and<br>LYNN FOLTZ, in their individual<br>capacities,<br>        Defendants. | CIVIL ACTION<br><br><br><br><br>NO. 18-892 |

## **O R D E R**

**AND NOW**, this 23rd day of August, 2018, upon consideration of Plaintiffs Simon Campbell and Pennsylvanians for Union Reform's Motion for Entry of a Permanant [sic] Injunction (Document No. 13, filed April 20, 2018), Plaintiff's Amendment to Motion for a Permanent Injunction (Document No. 14, filed April 20, 2018), Defendants' Memorandum of Law in Opposition to Motion for Entry of Permanent Injunction (Document No. 18, filed May 4, 2018), Plaintiffs Simon Campbell and Pennsylvanians for Union Reform's Reply in Support of Their Motion for Entry of a Permanent Injunction (Document No. 20, filed May 14, 2018), Defendants' Motion for Summary Judgment (Document No. 32, filed June 29, 2018), Plaintiffs' Brief in Opposition to Defendants' Motion for Summary Judgment (Document No. 48, filed July 13, 2018), Defendants' Reply Brief in Support of Defendants' Motion for Summary Judgment (Document No. 56, filed July 20, 2018), Plaintiffs' Supplemental Brief on Why PSBA's State Tort Action is Subjectively Baseless (Document No. 68,

filed July 31, 2018), and Defendants' Supplemental Brief on Why PSBA's State Tort Action Is Not Subjectively Baseless (Document No. 71, filed August 7, 2018), for the reasons stated in the accompanying Memorandum dated August 23, 2018, **IT IS ORDERED** that defendants' Motion for Summary Judgment is **GRANTED** and plaintiffs' Motion Entry of a Permanant [sic] Injunction is **DENIED.**

**JUDGMENT IS ENTERED IN FAVOR OF** defendants, Pennsylvania School Boards Association, Michael Faccinetto, David Hutchinson, Otto W. Voit, III, Kathy Swope, Lawrence Feinberg, Eric Wolfgang, Daniel O'Keefe, Darryl Schafer, Thomas Kerek, and Lynn Foltz, and **AGAINST** plaintiffs, Simon Campbell and Pennsylvanians for Union Reform.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Leave to Amend the Complaint to Add a Count for Declaratory Relief (Document No. 73, filed August 16, 2018) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Court **RETAINS** jurisdiction to address issues related to defendants' pending Motion for Imposition of Sanctions Against Plaintiffs' Counsel for Violations of the Rules of Professional Conduct (Document No. 55, filed July 20, 2018). A conference for the purpose of scheduling further proceedings with respect to the motion for sanctions will be conducted in due course.

        **BY THE COURT:**

        **/s/ Hon. Jan E. DuBois**

        **DuBOIS, JAN E., J.**