# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIMON CAMPBELL, and<br>PENNSYLVANIANS FOR UNION REFORM,<br>      Plaintiffs,<br><br>v.<br><br>PENNSYLVANIA SCHOOL BOARDS ASSOCIATION,<br>MICHAEL FACCINETTO,<br>DAVID HUTCHINSON,<br>OTTO W. VOIT, III,<br>KATHY SWOPE,<br>LAWRENCE FEINBERG,<br>ERIC WOLFGANG,<br>DANIEL O'KEEFE,<br>DARRYL SCHAFER,<br>THOMAS KEREK, and<br>LYNN FOLTZ, in their individual capacities,<br>      Defendants. | CIVIL ACTION<br><br><br><br>NO. 18-892 |

## O R D E R

**AND NOW**, this 20th day of December, 2018, upon consideration of Defendant's Motion for the Imposition of Sanctions Against Plaintiffs' Counsel for Violations of the Rules of Professional Conduct (Document No. 55, filed July 20, 2018), Plaintiffs' Brief in Opposition to Disqualification (Document No. 57, filed July 24, 2018), Defendants' Reply to Plaintiffs' Brief on the Issue of Disqualification (Document No. 59, filed July 25, 2018), Brief in Opposition to Motion to Sanction Counsel (Document No. 85, filed Oct. 29, 2018), Defendants' Reply to the Brief Opposing Defendants' Motion for the Imposition of Sanctions Against Plaintiffs' Counsel (Document No. 88, filed Nov. 12, 2018), and Surreply Memorandum in Opposition to Defendants' Motion to Sanction Counsel for Plaintiffs (Document No. 90, filed Nov. 19, 2018), following a Hearing in open court on December 6, 2018, for the reasons stated in the accompanying Memorandum dated December 20, 2018, **IT IS ORDERED** as follows:

1. That part of defendants' Motion seeking disqualification of Cohn and his firm is **DENIED**.

2. The Court reprimands Cohn for his conduct and **GRANTS** the Motion to that effect.

3. That part of defendants' Motion seeking an award of attorneys' fees and costs is **GRANTED**. The Court orders a counsel fee of $10,000 and a partial reimbursement of the fee of defendants' expert witness in the amount of $3,000, for a total award of $13,000.

        **BY THE COURT:**

        **/s/ Hon. Jan E. DuBois**
        _____
          **DuBOIS, JAN E., J.**